Eric I. Abraham
Christina Saveriano
HILL WALLACK LLP
202 Carnegie Center
Princeton, New Jersey 08543
(609) 924-0808
eia@hillwallack.com
ATTORNEYS FOR PLAINTIFFS MOMENTA PHARMACEUTICALS, INC. AND SANDOZ INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MOMENTA PHARMACEUTICALS, INC. and SANDOZ INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMPHASTAR PHARMACEUTICALS, INC., INTERNATIONAL MEDICATION SYSTEMS, LTD., WATSON PHARMACEUTICALS, INC. and WATSON PHARMA, INC., <br><br> Defendants. | Underlying action pending in the United States District Court for the District of Massachusetts, <br> Civil Action No. 11-cv-11681-NMG <br><br> **HEARING REQUESTED** |

**PLAINTIFFS MOMENTA PHARMACEUTICALS, INC. AND SANDOZ INC.'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS FOR DOCUMENTS AND DEPOSITIONS**

Plaintiffs Momenta Pharmaceuticals, Inc. and Sandoz, Inc. (collectively, "Momenta") hereby move, pursuant to Fed. R. Civ. P. 45(c)(2)(B)(i) and 37(a)(2), for an order compelling Sanofi-Aventis U.S. LLC and Winthrop U.S. (collectively, "Sanofi") to comply with subpoenas, dated, respectively, June 25, 2012, and July 10, 2012, so that Momenta may obtain documents and testimony that are relevant to Civil Action No. 11-cv-11681-NMG pending in the United States District Court for the District of Massachusetts (the "Momenta Litigation"). To date, Sanofi has refused to produce any documents in response to Momenta's subpoenas or to provide

a witness who would provide related testimony. Momenta requests that the Court compel Sanofi's prompt compliance with Momenta's subpoenas.

As explained more fully in Plaintiffs' Memorandum in Support of Their Motion to Compel Compliance with Subpoenas for Documents and Depositions, the evidence sought by the relevant subpoenas is directly relevant to the issues in the Momenta Litigation. The subpoenas do not impose an undue burden on Sanofi. Any alleged confidential information will be protected by the existing Protective Order in the Momenta Litigation or such further order as the Court may deem appropriate to protect the interests of the subpoena recipients.

**WHEREFORE**, Momenta respectfully requests that the Court enter an Order compelling Sanofi to produce promptly documents responsive to Momenta's subpoenas and to designate a witness who may be deposed with respect to the subject matters identified in the subpoenas.

Respectfully submitted,

MOMENTA PHARMACEUTICALS, INC.

By their attorneys,

/s/Eric I. Abraham
Eric I. Abraham
Christina L. Saveriano
HILL WALLACK LLP
202 Carnegie Center
Princeton, New Jersey 08540
Tel.:(609) 924-0808
Fax: (609) 452-1888
eabraham@hillwallack.com
csaveriano@hillwallack.com

/s/ Robert S. Frank, Jr.
Robert S. Frank, Jr. (BBO #177240)
rfrank@choate.com
Eric J. Marandett (BBO #561730)
emarandett@choate.com

Daniel C. Winston (BBO#562209)
dwinston@choate.com
Kara B. Coen (BBO #676730)
kcoen@choate.com
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel.: (617) 248-5000
Fax: (617) 248-4000

SANDOZ INC.

By their attorneys,

/s/ Thomas P. Steindler
Sarah Chapin Columbia (BBO #550155)
scolumbia@mwe.com
Melissa Nott Davis (BBO #654546)
mndavis@mwe.com
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109
Tel.: (617) 535-4000
Fax: (617) 535-3800

- and -

Thomas P. Steindler (admitted *pro hac vice*)
tsteindler@mwe.com
MCDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Tel.: (202) 756-8254
Dated: July 23, 2012                Fax: (202) 756 8087

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing **MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS FOR DOCUMENTS AND DEPOSITIONS** is to be electronically filed. I hereby certify that a copy of the foregoing document was served on counsel for Defendants via email on July 23, 2012. The foregoing document was also served on M. Sean Royall, counsel for Sanofi-Aventis U.S. LLC, via email and Overnight Mail on July 23, 2012

_July 23, 2012_                                          __/s/Eric I. Abraham__
Date                                                    Eric I. Abraham